**BENDER**, Respondent, v. **LEE** et al., Appellants. (Supreme Court, Appellate Division,

Second Department. November 16, 1906.) Action by Mary J. Bender against Eva Burns Lee, impleaded with others. No opinion. Judgment unanimously affirmed, with costs.

BENNETT, Respondent, v. LONG ISLAND ELECTRIC RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 28, 1906.) Action by William S. Bennett against the°Long Island Electric Railway Company. No opinion. Judgment and order unanimously affirmed, with costs.